UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MORGAN ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-694 CWR-FKB |
| v. ) | |
| ) | |
| CLARK GIN SERVICE, INC., ) | |
| ALVIN W. YEATES, THE NATIONAL ) | |
| RAILROAD PASSENGER ) | |
| CORPORATION (AMTRAK), and ) | |
| ILLINOIS CENTRAL RAILROAD ) | |
| COMPANY ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Robert Morgan stipulates to the dismissal without prejudice of the above-referenced action in this Court as to Defendants Clark Gin Service, Inc., and Alvin W. Yeates. Said Defendants have not served an answer or motion for summary judgment.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Robert Morgan and Defendants The National Railroad Passenger Corporation (Amtrak) and Illinois Central Railroad Company stipulate to the dismissal without prejudice of the above-referenced action in this Court.

This the 9th day of December, 2016.

Respectfully Submitted,

BY: _____
BRADLEY W. RATH, MSB#100102
Bradley W. Rath, P.L.L.C.
P.O. Box 4604
232 Debuys Road
Biloxi, MS 39531
228-206-1400 Telephone
228-206-1485 Facsimile
brad@rathlawfirm.com

1

Attorney for Plaintiff,
Robert Morgan

BY: /s/ George E. Ritter

GEORGE E. RITTER, ESQ., MSB#5372
CHARLES E. COWAN, ESQ., MSB#104478
Wise, Carter, Child & Caraway, P.A.
Post Office Box 651
Jackson, Mississippi 39205
T: (601) 968-5500
F: (601) 944-7738
ghr@wisecarter.com
cec@wisecarter.com

Attorneys for Defendants,
The National Railroad Passenger Corporation
and
Illinois Central Railroad Company

## CERTIFICATE OF SERVICE

I, Bradley W. Rath, attorney for Plaintiff Robert Morgan, do hereby certify that I have this date sent a copy of the foregoing via the United States District Court electronic filing system to the following:

GEORGE E. RITTER, ESQ.
CHARLES E. COWAN, ESQ.
Wise, Carter, Child & Caraway, P.A.
Post Office Box 651
Jackson, Mississippi 39205

This the 9th day of December, 2016.

/s/ Bradley W. Rath
Bradley W. Rath

2